**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: L.B.                 :   No. 37 WM 2019

                                :

                                :

PETITION OF: J.H., FATHER   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.